℅JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** II            **Investigating Agency** FBI

**City**    Somerville, Medford            **Related Case Information:**

**County**  Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____            New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number   22-mj-1000; 21-1114,1213,1435
R 20/R 40 from District of

**Defendant Information:**

Defendant Name:  Sean O'Donovan            Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☑ Yes  ☐ No

Alias Name: 

Address: (City & State) Somerville, MA

Birth date (Yr only): 1967    SSN (last4#): 2842    Sex: M    Race: White    Nationality: USA

**Defense Counsel if known:**  Martin Weinberg    Address: 20 Park Plaza, Suite 1000

**Bar Number**  519480                                       Boston, Massachusetts

**U.S. Attorney Information:**

**AUSA**  Kristina E. Barclay            Bar Number if applicable  640848

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/23/2022            Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Sean O'Donovan

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1343, 1346 | Honest Services Wire Fraud | 1, 2 |
| Set 2  18 U.S.C. 666 | Bribery Involving Program Receiving Federal Funds | 3 |
| Set 3  18 U.S.C. 981, 28 U.S.C. 2461 | Forfeiture Allegations | N/A |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013