UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v.                                              )<br> )<br>SEAN O'DONOVAN,                     )<br> )<br>     Defendant                          ) | Criminal No. 22cr10141 |

GOVERNMENT'S MOTION TO SEAL/UNSEAL INDICTMENT

The United States, through undersigned counsel, hereby respectfully moves the Court to seal the Indictment, this motion and the Court's order on this motion, and any other paperwork related to this matter, and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant, until the defendant is in custody in the above-captioned case. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

The United States further moves pursuant to General Order 06-05 that the United States be provided copies of all sealed documents that the United States has filed in the above-styled matter.

Motion allowed by the court.
Thomas F. Quinn
Deputy Clerk  6/23/22

Respectfully submitted
RACHAEL S. ROLLINS,
UNITED STATES ATTORNEY

Date:  June 23, 2022          By:    /s/ Kristina E. Barclay
                                     Kristina E. Barclay
                                     Assistant U.S. Attorney