UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )          No. 22-CR-10141<br>)<br>SEAN O'DONOVAN,                        )<br>            Defendant                        )<br>)| |

**ASSENTED-TO MOTION FOR LEAVE TO FILE 22-PAGE MOTION TO DISMISS**

Now comes the defendant Sean O'Donovan, by and through undersigned counsel, and hereby respectfully requests leave to file a 22-page Motion to Dismiss the Indictment in this case. As grounds and reasons for his request, Mr. O'Donovan states that the two pages in excess of the general page limit are necessary to fully address the legal issues raised by the Indictment. Wherefore, Mr. O'Donovan respectfully requests that he be granted leave to file the 22-page Motion. The Motion is attached for the Court's consideration.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel conferred with the Government, and the Government assents to this request for leave to file, but opposes the relief requested in Mr. O'Donovan's forthcoming Motion to Dismiss.

Respectfully Submitted,
SEAN O'DONOVAN
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480

20 Park Plaza, Suite 1000<br>
Boston, MA 02116<br>
(617) 227-3700<br>
owlmgw@att.net

Dated: August 18, 2022

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, August 18, 2022, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

<b><u>/s/ Martin G. Weinberg</u></b><br>
Martin G. Weinberg, Esq.