UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 22-10141-WGY |
| | ) | |
| SEAN O'DONOVAN, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT MEMORANDUM FOR INITIAL STATUS CONFERENCE**

The parties submit this joint memorandum addressing the issues set out in Local Rule

116.5(a).

1.      Status of Automatic Discovery and Any Pending Discovery Request

On July 22, 2022, the government produced automatic discovery as required under the

Local Rules.

2.      The Timing of Any Additional Discovery to be Produced

The government will make such further and pre-trial disclosures as are required by law.

3.      The Timing of Any Additional Discovery Requests

The defendant will serve any discovery requests on or before October 21, 2022.

4.      Protective Orders

The Court endorsed a Discovery Protective Order (Docket No. 14) on July 11, 2022.

 5.      The Timing of Pretrial Motions

The parties note that there is currently pending, *under seal*, a motion filed in *In re: Sealed

Search Warrant and Application for a Warrant*, 22-MJ-1000-DLC. The timing of a ruling on that

motion and the ruling itself may impact the motion and trial schedule in this case.

On August 25, 2022, the defendant filed a Motion to Dismiss (Docket No. 19). The

defendant intends to file additional substantive motions on or before a date set by the Court.

6.      The Timing of Expert Witness Disclosures

The defendant requests expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the

parties request that the Court order that such discovery be produced no later than 60 days prior to

trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

7.      Excludable delay

The parties jointly ask the Court to exclude the time from September 8, 2022 until the

date of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), because the parties have

needed the time, and continue to need the time, to produce and review discovery in this case.

The ends of justice served by this exclusion outweigh the interests of the public and the

defendant in a speedy trial.

8.      Final/interim status conference

The parties ask the Court to schedule an interim status conference at the Court's

convenience.

                                        Respectfully submitted,

                                        RACHAEL S. ROLLINS
                                        United States Attorney

                                   By:  /s/Kristina E. Barclay
                                        KRISTINA E. BARCLAY
                                        Assistant U.S. Attorney

Dated: August 30, 2022                  JONATHAN JACOBSON
                                        Trial Attorney, Public Integrity Section

SEAN O'DONOVAN
By his counsel,

/s/Martin Weinberg
Martin Weinberg, Esq.