UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 22-10141-WGY |
| ) | |
| SEAN O'DONOVAN, ) | |
| ) | |
| Defendant ) | |

## UNITED STATES' UNOPPOSED MOTION TO SEAL
## MOTION *IN LIMINE* TO LIMIT CERTAIN CROSS-EXAMINATION AND EVIDENCE

By and through the undersigned attorneys, the government hereby requests that the Court grant it leave to file its Motion *in Limine* to Limit Certain Cross-Examination and Evidence under seal. As grounds and reasons therefor, the government states that the Motion describes certain unsubstantiated rumors and allegations concerning a potential government witness that the Court may ultimately preclude. Defendant does not object to this request.

Dated: October 6, 2023

JOSHUA S. LEVY
Acting United States Attorney

By: *Kristina E. Barclay*
Kristina E. Barclay
Assistant United States Attorney

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

By: *Jonathan E. Jacobson*
Jonathan E. Jacobson
Trial Attorney, Public Integrity Section
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October 2023, I provided a copy of this filing by email to defense counsel Martin G. Weinberg.

s/ Jonathan E. Jacobson
Jonathan E. Jacobson
Trial Attorney
